NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**TAYLOR RUSSELL, ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED,**
*Plaintiff-Appellant,*

v.

**UNITED STATES,**
*Defendant-Appellee.*

---

2011-1230

---

Appeal from the United States District Court for the Northern District of California in case no. 09-CV-3239, Judge William H. Alsup.

---

**ON MOTION**

---

**O R D E R**

Deepak Gupta moves to withdraw as counsel for the appellant, Taylor Russell. The court notes that counsel never filed an entry of appearance in this appeal. Therefore, the motion is unnecessary.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is moot.

FOR THE COURT

<u>JUL    6 2011</u>
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  S. Chandler Visher, Esq.
     Deepak Gupta, Esq.
     Alicia M. Hunt, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUL 0 6 2011

JAN HORBALY
CLERK